IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ELMER L. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:08-cv-00100 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Griffin |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are both Plaintiff Elmer L. Williams' Motion for Judgment on the Record (Doc. No. 10) ("Plaintiff's Motion") and Defendant Commissioner of Social Security's Motion for Judgment on the Record (Doc. No. 14) ("Defendant's Motion"). Subsequently, Magistrate Judge Griffin issued a Report and Recommendation (Doc. No. 18) ("Report") recommending that Plaintiff's Motion should be denied, that Defendant's Motion should be granted, and that the Commissioner's decision should be affirmed. *Id.* at 39. The Report was filed on January 10, 2011, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion, **GRANTS** Defendant's Motion, and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this ____22nd____ day of February, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT